**Recording Requested by: Plaintiffs:** Kathryn E. Wolverton, Deborah Greene, Michael Greene
**And when recorded Mail to:**
LISP
Kathryn E. Wolverton, Deborah Greene, Michael Greene
**4660 Polaris Avenue**
**Las Vegas NV 98103**
Phone: 702-683-5531
e mail: cdeborahgreene@cox.net

2010 JUL 13 A 9:14

BY _____ DEPUTY

## United States District Court

### District of Nevada

| | |
|---|---|
| Kathryn E. Wolverton, Deborah Greene, Michael Greene individually and on behalf of each other herein<br>Plaintiff(s)<br><br>vs.<br><br>HSBC BANK USA, N.A.; HSBC MORTGAGE CORP. USA, a DELAWARE corporation; MERSCORP, INC., a VERGENIA corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., a Delaware corporation; MORTGAGEIT SECURITIES CORP., a subsidiary of DEUTSCHE BANK NATIONAL TRUST COMPANY; MORTGAGE LOAN TRUST SERIES 2007-1; MORTGAGE PASS THROUGH CERTIFICATES, and individuals 1to 50, inclusive; and ROES Corporations 1 to 30, inclusive; and all others unknown claiming any right, title, estate, lien, or interest in the real property described in the complaint adverse to Plaintiff's ownership or any cloud upon Plaintiff's title there to.<br><br>Defendant(s) | NO. 2: 10-cv-00700-PMP-PAL |

### NOTICE OF LIS PENDENS AFFECTING REAL PROPERTY

NOTICE: THIS LIS PENDENSE IS EFFECTIVE UPON SEREVICE OF THE PARTY REQUESTING SAME WHEN ISSUED AND AGAINST THE OTHER PAARTY WHEN SERVED, AND SHALL REMAIN IN EFFECT FROM THE TIME OF ITS ISSUANCE UNTIL TRIAL OR UNTIL DISSOLVED OR MODIFIED BY THE COURT. DISOBEDIENCE OF THIS LIS PENDENSE IS PUNISHABLE BY CONCEMPT.

Page 1.

To: All interested parties

NOTICE IS HEREBY GIVEN pursuant to NRS Chapter 14, 125.220, and NRS Chapter 608, that there is currently pending in the **UNITED STATES DISTRICT COURT** .

The action which affects the Title to the specific parcel of real property and the right to lawful possession of the same, the property location is :

### 230 W. HIGHLAND DRIVE HENDERSON, NEVADA 98015

And whose legal description is as follows:

### APN# 179-19-211-009

Larson subdivision, plat book 20, page 85, lot 7, and by certificate of record on 2/13/08 in book 20080213 as inst. No. 01812 all in the office of the county Recorder for Clark County , NEVADA.

and which is identified in the complaint of this action. the property affected by the action is located in the County of Clark, Nevada. the natures of the claims are:

1. Violation of Fair Housing Act-42 U.S.C §3601 et seq.
2. Violations of Unfair Lending Practices-NRS 598(D)
3. Violations of the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. §2601 et. Seq
4. Violations of Fair Credit Reporting Act
5. Deceptive Trade Practices
6. Wrongful Foreclosure
7. Conspiracy To Commit Fraud and Conversion
8. Conspiracy To Commit Fraud Related to MERS System
9. Unjust Enrichment
10. Breach Of Good Faith And Fair Dealing- HAMP
11. Inspection And Accounting
12. Negligent Infliction Of Emotional Distress
13. Slander Of Title
14. Quiet Title
15. Fraud In The Inducement
16. Injunctive Relief &
17. Declaratory Relief
18. Rescission

**NOTICE IS FURTHER GIVEN that YOU ARE HEREBY PROHIBITED AND RESTRAINED FROM; transferring, encumbering, selling or otherwise disposing of any portion of said real property without the written permission of the court.**

Page 2.

1 DATED this 12 day of July, 2010.

2 Plaintiff Signature(s):

3 _____

4 *Kathryn E. Wolverton*, *Deborah Greene*, *Michael Greene*

5 Kathryn E. Wolverton,
4660 Polaris Avenue
6 Las Vegas, NV 89103
Phone: 702-683-5531
7 Facsimile: 702-434-4036
e mail: cdeborahgreene@cox.net
8

9

10 **ACKNOWLEDGEMENT**

11 Subscribed and sworn to before me this 5th day of March 2010.

12

13 Signed: *Melissa Read*                          Seal:   [Notary Public - State of Nevada, County of Clark, MELISSA READ, My Appointment Expires February 21, 2012, No. 08-6044-1]

14

15 NOTARY PUBLIC in and for the County of Clark, State of Nevada.

16

17

18

19

20

21

22

23

24

25

26

27

28

Page 3.

NOTICE OF PENDANCY OF ACTION