Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Cassie R. Stratford, Esq.
Nevada Bar No.11288
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
Telephone 702.784.5281
Fax: 702.784.5252
Email: clalexander@swlaw.com
*Attorneys for Defendants DEUTSCHE BANK NATIONAL TRUST COMPANY; HSBC BANK USA, N.A.; HSBC MORTGAGE CORP. USA; MERSCORP, INC.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN E. WOLVERTON, DEBORAH GREENE, MICHAEL GREENE, individually and on behalf of each other herein, <br><br> Plaintiffs, <br><br> vs. <br><br> HSBC BANK USA, N.A.; HSBC MORTGAGE CORP. USA, a Delaware corporation; MERSCORP, INC., a Virginia corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; MORTGAGEIT SECURITIES CORP., a subsidiary of DEUTSCHE BANK NATIONAL TRUST COMPANY; MORTGAGE LOAN TRUST SERIES 2007-1; MORTGAGE PASS-THROUGH CERTIFICATES, and Individuals 1 to 50, inclusive; and ROES Corporations 1 to 30, inclusive; and all other persons unknown claiming any right, title, estate, lien, or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto, <br><br> Defendants. | No. 2:10-cv-00700-PMP-PAL <br><br> **ORDER GRANTING** <br><br> **DEFENDANT HSBC BANK USA, N.A., HSBC MORTGAGE CORP. USA, MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND DEUTSCHE BANK NATIONAL TRUST COMPANY'S MOTION TO DISMISS AND RELEASE OF THE LIS PENDENS** |

IT IS SO ORDERED that the above-captioned case and all claims, causes of action and defenses between Plaintiffs, Kathryn E. Wolverton, Deborah Greene, and Michael Greene, and

11762670.1

Defendants HSBC Bank USA, N.A., HSBC Mortgage Corp. USA, MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc., and Deutsche Bank National Trust Company, set forth in the pleadings, are dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that the Notice of Lis Pendens recorded by Plaintiffs against the real property described as 230 W. Highland Drive, Henderson, Nevada, 89015, APN 179-19-211-009 as book and instrument number 20091012-0001596 is hereby expunged and released in full.

DATED this __ 19th day of July, 2010.

*[signature]*

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted:

By: /s/Cassie R. Stratford
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Cassie R. Stratford, Esq.
Nevada Bar No. 11288
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone  702.784.5281
Facsimile:  702.784.5252
Email: clalexander@swlaw.com

*Attorneys for Defendants DEUTSCHE BANK NATIONAL TRUST COMPANY; HSBC BANK USA, N.A.; HSBC MORTGAGE CORP. USA; MERSCORP, INC.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.*

11762670.1

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING DEFENDANT HSBC BANK USA, N.A., HSBC MORTGAGE CORP. USA, MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND DEUTSCHE BANK NATIONAL TRUST COMPANY'S MOTION TO DISMISS AND RELEASE OF THE LIS PENDENS** by the method indicated and addressed to the following:

**U. S. Mail**

Kathryn E. Wolverton
Deborah Greene
Michael Greene
4660 Polaris Avenue
Las Vegas, NV 89103
Phone: (702) 683-5531
Fax: (702) 434-4036
*Plaintiffs Pro Se*

DATED this 19th day of July, 2010

_____
An employee of Snell & Wilmer L.L.P.

11762670.1

- 3 -