UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KATHRYN E. WOLVERTON, DEBORAH GREENE, MICHAEL GREENE, individually and on behalf of each other herein,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC BANK USA, N.A., et al.,<br><br>Defendants. | 2:10-CV-00700-PMP-PAL<br><br><br><br>**ORDER** |

The Court having read and considered Plaintiffs' Motion to Set Aside Dismissal (Doc. #36), filed on August 16, 2010, and Defendants' Response in Opposition thereto (Doc. #37) filed August 31, 2010, and finding no good cause presented to warrant the relief requested by Plaintiffs under either Rule 59 or Rule 60 of the Federal Rules of Civil Procedure, and good cause appearing,

**IT IS ORDERED that** Plaintiffs' Motion to Set Aside Dismissal (Doc. #36) is **DENIED**.

DATED: September 16, 2010.

_____
PHILIP M. PRO
United States District Judge