UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KATHRYN E. WOLVERTON, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> HSBC BANK USA, N.A., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | 2:10-CV-00700-PMP-PAL <br><br> **ORDER** |

On November 17, 2010, the Court entered a Notice of Intent to Dismiss Pursuant to F.R.C.P. 4(m) effective March 8, 2010, unless Plaintiff filed a proper proof of service. No such filing has been made by Plaintiff.

**IT IS THEREFORE ORDERED that** this action is hereby **DISMISSED** with prejudice and the case is closed.

DATED: April 1, 2011.

_____
PHILIP M. PRO
United States District Judge